```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION


KENNETH SPINELLI, et al.,

          Plaintiffs,
v.                                 Case No.  8:08-cv-132-T-33EAJ

CAPITAL ONE BANK and CAPITAL ONE
SERVICES, INC.,

          Defendants.
_____/
```

**ORDER**

This matter comes before the Court upon consideration of the report and recommendation of Elizabeth A. Jenkins, United States Magistrate Judge (Doc. # 31), which was filed on October 28, 2008, recommending that Plaintiffs' Motion for Leave to File Third Amended Class Action Complaint (Doc. # 27) be denied. No objections have been filed, and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections,

there is no requirement that a district judge review factual findings de novo, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. <u>See Cooper-Houston v. S. Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994).

The Court has conducted an independent examination of the file and upon due consideration of the report and recommendation, the Court accepts the report and recommendation of Elizabeth A. Jenkins, United States Magistrate Judge.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. # 31) is **ADOPTED, CONFIRMED,** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

(2)   Plaintiffs' Motion for Leave to File Third Amended Class Action Complaint (Doc. # 27) is **DENIED**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>18th</u> day of November 2008.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record