UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         TAMPA DIVISION

KENNETH SPINELLI, et al.,

          Plaintiffs,
v.                                  Case No. 8:08-cv-132-T-33EAJ

CAPITAL ONE BANK and CAPITAL
ONE SERVICES, INC.,

          Defendants.
_____/

                             **ORDER**

     Before the Court is the Joint Motion to Extend Scheduling

Deadlines (the "Extension Motion" Doc. # 113), filed by the

parties on October 22, 2009.

     In the Extension Motion, the parties seek an extension of

all Court deadlines contained within the Third Amended Case

Management and Scheduling Order (Doc. # 95), which was filed

on August 7, 2009.  Specifically, the parties seek an Order

extending all deadlines by 150 days from the date that this

Court rules on the pending motion for reconsideration (Doc. #

104), which was filed on October 2, 2009.

     The Court is concerned that, if the Extension Motion is

granted, this case will not be tried within the time

parameters of the Civil Justice Reform Act, 28 U.S.C. § 471,

et seq.  The Court notes that the parties have requested, and

have been granted, numerous extensions, some quite lengthy.
See Doc. ## 4, 5, 11, 12, 58, 59, 60, 62, 63, 64, 90, and 91).

The Court will grant Extension Motion in part. The Court directs the Clerk to enter a Fourth Amended Case Management and Scheduling Order, extending all relevant deadlines by 60 days. No further extensions will be granted absent extraordinary circumstances.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. The Joint Motion to Extend Scheduling Deadlines (Doc. # 113) is **GRANTED IN PART.**

2. The Clerk is directed to issue a Fourth Amended Case Management and Scheduling Order that extends all deadlines by 60 days.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 26th day of October, 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record