```
                 UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
                        TAMPA DIVISION
```

KENNETH SPINELLI, ET AL.,

    Plaintiffs,
v.                            Case No. 8:08-cv-132-T-33EAJ

CAPITAL ONE BANK (USA), N.A. and
CAPITAL ONE SERVICES,

    Defendants.
_____/

**ORDER**

    This cause comes before the Court pursuant to the parties' Joint Motion to Amend Order of Preliminary Settlement (Doc. # 148), which was filed on August 31, 2010. The Court will grant the unopposed Motion.

    The Court's August 16, 2010, Order preliminarily approving the class action settlement (Doc. # 147) is amended as follows: All memoranda, affidavits, declarations, and other evidence in support of Class Counsel's request for approval of attorneys' fees, costs, and reimbursement of expenses, and Class Representatives' request for approval of service payments shall be filed on or before October 1, 2010. All other provisions of the August 16, 2010, Order shall remain unchanged.

    **ORDERED, ADJUDGED,** and **DECREED:**

The parties' Joint Motion to Amend Order of Preliminary Settlement (Doc. # 148) is **GRANTED as specified herein.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 2nd day of September 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel of Record