Brian J Simonis

6005 Slater Mill Ln

Knoxville, TN  37921

Telephone # (865) 246-9294

## AN OBJECTION

I would like to OBJECT to the ruling. I have one main reason; I attempted to activate my benefits when I became unemployed. I was run through a complete cluster, and the process was almost impossible to navigate through.

Since, I have been sued by Capitol One, and have a judgment against me of over $2000 all for a $1000 limit credit card. I tried to explain to the judge at the time that I had payment protection, and he wanted to hear nothing of it and told me to hire a lawyer. If I cannot make my payments, how can I afford a lawyer?

Now, I read in the settlement that I *may* receive up to a grand total of $63. That is well under the amount that I owe Capitol One, and will do nothing in the long run. Plain and simple, I had credit protection, tried to use it, was ran through a maze like a rat, and ultimately ended up in court because I "defaulted" on my credit card. I did not default; I lost my job and tried to use the credit protection that they had offered me. So what is 63 dollars going to do for me in the long run when I will still owe them over two thousand dollars? It seems to me that my entire balance should be included in this settlement, as my "default" was a direct result of losing my job and then the process for credit protection being so difficult you need an advanced degree in Physics to maneuver through it. My credit limit was $1000, I never went over that limit, and was under the limit when I lost my job. I had perfect payments up until that point. I made every effort to get this resolved before a court appearance was necessary, and even that didn't help.  $63 will not help either, while I live in constant fear that they will take all the money out of me and my families' bank account, and I have 4 children, so that is a lot to worry about. This should have never happened in the first place, and if they just honored the credit protection that I paid years for, then my account would still be in good standing. Essentially, I am feeling worked over by Capitol One, and this settlement does very little to help that feeling.

I would like to thank all of those involved for their time and considerations,

Sincerely,

Brian J Simonis