To: Honorable Virginia M. Hernandez-Covington

Re: Fairness Hearing

From: Nellie Shelton.

Attached please find documentation verifying my mental disability and current income status.

- I am unable to make any form of payments due to the fact that I live off of a fixed income in a residential facility that house adults with Chronic Mental Illness.

2010 OCT 18 PM 1:48
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA



# Community Friendship, Inc.

85 Renaissance Parkway, N.E. • Atlanta, Georgia 30308 • 404-875-0381 Fax: 404-875-8248
email: cfi@comfriend.com • website: www.comfriend.com

BOARD OF DIRECTORS
President JOHN WATSON, M.S.W.
Vice President RICHARD P. SHUEY
Treasurer MARK COLE
Secretary SUSAN CULPEPPER
ROBERT W. ETHRIDGE, Ph.D., C.C.A.
MARION D. FINN, R.N.
CAROLE K. GALANTY
JOHN J. GATES, Ph.D.
HAROLD MCPHEETERS, M.D.
ROGER NAIK
CAROL A. RANDOLPH, R.N., M.S.
RANDI ENGEL SCHOELL
JULIE A. SEGAL, M.D., F.A.A.P.
MARGUERITE R. SIMON
JOHN STEWART
KEITH WOOD, Ph.D
JACQUELINE E. WRIGHT

ADVISORY BOARD
FRANK S. ALEXANDER, ESQ.
MANUEL P. ANTON, M.D.
GERALD BRYANT
JENNIFER KATZE CAMPBELL, ESQ.
GAIL C. HAYES
MARK HIGGINS
MARY LEDUE
JAY J. LEVIN, ESQ.
DONNA WILLIAMS LEWIS
JIM MADDOX, Commissioner
JAMES N. NEY, ESQ.
CHRISTINE N. SCHNEIDER, ESQ.
MENDEL SEGAL

EXECUTIVE DIRECTOR
JEAN TOOLE

Date: 2-3-2010

**RE: ANNUAL DIAGNOSIS(ES)**

Dear Doctor/Psychologist:

As of January 1, 2009, according to the Division of MHDDSA's standards, we must provide documentation by a doctor or a psychologist verifying the consumer's diagnosis annually. Since our staff provide rehabilitation services and rely on your expertise in diagnosing our clients, we are asking that you verify that our records are correct on the consumer listed below.

Consumer's Name: Nellie Shelton

Date of Diagnosis: 2/3/10

Diagnosis (Diagnoses) that we currently have in our chart:

Axis I: ______

Axis II: ______

Axis III: ______

If this is not correct, please write the diagnoses below:

Axis I: 295.70 Schizoaffective D/O

Axis II: deferred

Axis III: arthritis

Type or Print Name of Licensed Psychologist/MD: Will Whissell MD

Professional License Held: MD

Signature of Licensed Psychologist/MD: Will Whissell MD

Date: 2/3/10

Please fax, mail or return to the client for us upon completion. Thank you for your assistance in collaborating with us in providing quality services for this consumer.

Sincerely,

______

Program Coordinator

An Equal Opportunity Employer
A Non-Profit Psychiatric Rehabilitation Program for Metro Atlanta

CFI

Day Services • Social Club • Work Opportunities • Case Management • Evaluation Services • Residential Services • Phoenix House • O'Hern House • Presley Woods

Opt-Out: •

# DEPARTMENT OF COMMUNITY AFFAIRS

## Shelter Plus Care Disability Verification Form

(Unless the Disabled Adult is HIV+ or on SSI, this Form Must be Completed by a Physician or a Psychiatrist)

Head of Household Nellie Shelton SS# 9585 DOB -49

Verification Requested
For Adult Household Member: ______________ SS# ______________ DOB ______________

The person identified above is applying for Shelter Plus Care Assistance. We are required by HUD to verify information provided by the family. The applicant has claimed that the family member indicated above is disabled. To verify this status, please complete this form and return it to the Sponsor named below.

The family member indicated above ( ) is / ( ) is not disabled according to one or more of the following definitions:

Check, As Applicable:

☐ The person is HIV Positive (verification attached). ($400 "disabled family" deduction may not be taken based on HIV+ status alone.)

☐ The person is disabled as is on SSI (verification attached). ($400 "disabled family" applies.)

☑ The person has a physical, mental, or emotional impairment that is expected to be of long-continued and indefinite duration; substantially impedes his or her ability to live independently; and is of such a nature that ability to live independently could be improved by more suitable housing conditions. This disability finding is not based solely on any alcohol or drug dependence. ($400 "disabled family" applies.)

☐ The person has a developmental disability, which is a severe, chronic disability that-- (i) Is attributable to a mental or physical impairment or combination of mental and physical impairments; (ii) Manifested before the person attained age 22; (iii) Is likely to continue indefinitely; (iv) Results in substantial functional limitations in three or more of the following areas of major life activity: (A) Self-care; (B) Receptive and expressive language; (C) Learning; (D) Mobility; (E) Self-direction; (F) Capacity for independent living; and (G) Economic self-sufficiency; and (v) Reflects the person's need for a combination and sequence of special, interdisciplinary, or generic care, treatment, or other services which are of lifelong or extended duration and are individually planned and coordinated.

Describe disability(ies):
Schizophrenia

Date disability(ies) began: 1980

Does this person need a live-in aide to provide supportive services essential to his/her care and well being?
☐ Yes ☑ No

IN MY PROFESSIONAL OPINION, I CERTIFY THAT THE INFORMATION LISTED ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

Type or Print Name of Licensed Certifying Professional: Darvin Minor

Professional Licenses Held: ______________

Signature of Licensed Certifying Professional: D. Minor Community Outreach Coordinator

Date: 9-9-03

DCA, AS of March 11, 2003

**DEPARTMENT OF MENTAL HEALTH, DEVELOPMENTAL DISABILITIES & ADDICTIVE DISEASES**

**South Fulton Mental Health Center**
1636 Connally Drive
East Point, Georgia 30344
Phone: (404) 762-4042
Fax: (404) 762-3626

Social Security Administration
Atlanta, GA

February 16, 2010

Dear Sir or Madam:

This letter is written at the request of Nellie Shelton (DOB .. 1949). She is a patient treated at the above clinic for schizoaffective disorder. She is currently stable and compliant with treatment and appears capable of independently managing her funds on her behalf

Sincerely,

William E. Whissell, MD
Staff Psychiatrist

State of Georgia
Department of Labor

## SEPARATION NOTICE

1. Employee's Name Nellie Shelton 2 SSN ·9585

a. State any other name(s) under which employee worked.

3. Period of Last Employment: From 01/26/01 To 03/18/09

4. REASON FOR SEPARATION

a. LACK OF WORK ☐

b. If for other than lack of work, state fully and clearly the circumstances of the separation: Voluntary Resignation

5. Employee received payment for: (Severance Pay, Separation Pay, Wages-In-Lieu of Notice, bonus, profit sharing, etc.) (DO NOT include vacation pay or earned wages)

N/A (type of payment) in the amount of $ N/A for period from N/A to N/A

Date above payment(s) was/will be issued to employee N/A

IF EMPLOYEE RETIRED, furnish amount of retirement pay and what percentage of contributions were paid by the employer.

N/A per month N/A % of contributions paid by employer

6. Did this employee earn at least $3,500.00 in your employ? YES ☑ NO ☐ If NO, how much? $

Average Weekly Wage $131.00

Employer's Name Community Friendship, Inc.

Address 85 Renaissance Pkwy (Street or RFD)

City Atlanta State GA 30308 ZIP Code

Employer's Telephone No. (404) 527-7140 (Area Code) (Number)

Ga. D. O. L. Account Number 10048806
(Number shown on Employer's Quarterly Tax and Wage Report, Form DOL-4.)

I CERTIFY that the above worker has been separated from work and the information furnished hereon is true and correct. This report has been handed to or mailed to the worker.

Diane Clemons
Signature of Official, Employee of the Employer or authorized agent for the employer

Human Resources Director
Title of Person Signing

3/18/09 Regular Mail
Date Completed and Released to Employee

### NOTICE TO EMPLOYER

At the time of separation, you are required by the Employment Security Law, OCGA Section 34-8-190(c), to provide the employee with this document, properly executed, giving the reasons for separation. If you subsequently receive a request for the same information on a DOL-1199FF, you may attach a copy of this form (DOL-800) as a part of your response.

### NOTICE TO EMPLOYEE

**OCGA SECTION 34-8-190(c) OF THE EMPLOYMENT SECURITY LAW REQUIRES THAT YOU TAKE THIS NOTICE TO THE GEORGIA DEPARTMENT OF LABOR CAREER CENTER IF YOU FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.**

SEE REVERSE SIDE FOR ADDITIONAL INFORMATION.

DOL-800 (R-8/05)

# Social Security Administration
# **Supplemental Security Income**

Notice of Change in Payment

2853 CANDLER ROAD
SUITE 8
DECATUR GA 30034

Date: December 5, 2009
Claim Number: -9585 DI

000019696 01 AT 0.357 CMP5,M02,083 000000000
621 09S1678D95906

NELLIE RUTH SHELTON
1296 MURPHY AVENUE
APT C116
ATLANTA GA 30310-4002

Type of Payment:
Individual-Disabled

We are writing to tell you about changes in your Supplemental Security Income (SSI) payments. The following chart shows the SSI money due you for the months we changed. As you can see from the chart, we are only changing your payments for future months. The rest of this letter will tell you more about this change.

We explain how we figured the monthly payment amounts shown below on the last page(s) of this letter. The explanation shows how your income, other than any SSI payments, affects your SSI payment. It also shows how we decided how much of your income affects your payment amount. We include explanations only for months where payment amounts change.

**Your Payments Will Be Changed As Follows:**

| From | Through | Amount Due Each Month |
|---|---|---|
| January 1, 2010 | Continuing | $7.00 |

**Information About Your SSI Payments**

Your regular monthly check of $7.00 will be sent to your representative payee about the first day of January 2010.

**Your Payment Is Based On These Facts**

- You are disabled.
- You are living in the State of Georgia for January 2010 on.

See Next Page

-9585
12/05/2009

## HOW WE FIGURED YOUR PAYMENT FOR January 2010 ON

### Your Payment Amount

| | |
|---|---|
| The most SSI money the law allows us to pay | $674.00 |
| Minus (-) "Total income we count" (see below) | -667.00 |
| **Total Monthly SSI Payment for January 2010 on** | $ 7.00 |

### Your Income Other Than Your SSI

Income you receive in January 2010 on affects your payment for January 2010 on

| | |
|---|---|
| Social Security benefits | $687.00 |
| By law we don't count $20.00 of above income | - 20.00 |
| **Total income we count** | $667.00 |