**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**KENNETH SPINELLI,
Linda R. McCoy, Anthony Mitchell,
Elizabeth Silicato, Patricia Tinder,
Laverne Scruggs, Rose Carr,
Robin Deaver, Michael Blackie,
Trina Blackman, Alice Lewandowski
Harold Smith, Trudy Smith,
David Watlington, and Jeff Salazar
Individually and for all other persons similarly situated,**

    **Plaintiffs**

v.                                                                                            **Case No.  8:08-CV-132-T-33EAJ**

**CAPITAL ONE BANK (US), N.A. and
CAPITAL ONE SERVICES, LLC.,**

    **Defendants**
_____/

## SUGGESTION OF DEATH

Comes now, Judy Spinelli, the surviving spouse of Kenneth Spinelli, deceased, and pursuant to Federal Rule of Civil Procedure 25, provides the Court with notice of the death of Kenneth Spinelli, and states as follows:

1.    Kenneth Spinelli, a named plaintiff and court-appointed Class Representative in the above referenced action (the "Action"), died on October 1, 2010.

2.    Prior to his passing, Mr. Spinelli was actively involved in this Action, participating in years of discovery as well as lengthy and hard-fought settlement negotiations.  Mr. Spinelli approved the terms of the proposed settlement (the "Settlement") now before this Court as reflected by his signature on the Settlement Agreement, filed with this Court on August 13, 2010.

3. Because Mr. Spinelli is no longer able to fulfill his role, Plaintiffs will not be seeking his appointment as a Class Representative in Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation ("Plaintiffs' Motion for Final Approval"), filed contemporaneously herewith. In this regard, the remaining sixteen (16) class members appointed as Class Representatives for the Settlement Class in this Court's order dated August 16, 2010 (the "Preliminary Approval Order"), who continue to serve in their representative capacities, will be offered as Class Representatives in Plaintiffs' Motion for Final Approval.

4. In light of Mr. Spinelli's service in this Action, Plaintiffs and Class Counsel moved this Court for an award of a service payment to Mr. Spinelli in Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Approval of Service Payments to Class Representatives, filed on October 1, 2010. Notwithstanding Mr. Spinelli's inability to participate in the Final Approval Hearing, Plaintiffs' Counsel believe he is still entitled to the service payment requested as it seeks compensation for his assistance in this lawsuit prior to his passing. *See Tenuto v. Transworld Sys.*, Civil Action No. 99-4228, U.S. Dist. LEXIS 1764, at *13-4 (E.D. Pa. Jan. 31, 2002) (awarding an incentive award to the estate of a class representative who passed away shortly after executing the settlement agreement). Accordingly, Class Counsel request that any service payment awarded by this Court to Mr. Spinelli be made to Judy Spinelli in her capacity as Mr. Spinelli's surviving spouse.

Dated: November 5, 2010          Respectfully Submitted,

         /s/ Marcus Neil Bozeman
Marcus Neil Bozeman
Hank Bates
CARNEY WILLIAMS BATES BOZEMAN
   & PULLIAM, PLLC
11311 Arcade Drive, Suite 200
Little Rock, AR 72212
(501) 312-8500
(501) 312-8505 (facsimile)
mbozeman@carneywilliams.com

Steven A. Owings
OWINGS LAW FIRM
1320 "D" Brookwood
Little Rock, AR 72202
(501) 661-9999

T. Brent Walker
Carter Walker, PLLC
2171 West Main
Suite 200
P.O. Box 628
Cabot, AR 72023
(501) 605-1346

Kevin McLaughlin
WAGNER, VAUGHAN, McLAUGHLIN &
   BRENNAN, P.A.
601 Bayshore Boulevard
Suite 910
Tampa, FL 33606
(813) 225-4000

**Attorneys for the Plaintiffs**

**CERTIFICATE OF SERVICE**

      I, the undersigned, do hereby certify that I have filed the above pleading via CM/ECF with the Clerk for the United States District Court for the Middle District of Florida this 5th day of November, 2010.  Notice of filing will be sent to the parties via electronic mail in the form of an electronic Notice of Filing issued by the Clerk of this Court.

    Eric S. Adams
    SHUTTS & BOWEN, LLP
    100 S. Ashley Drive, Suite 1740
    P.O. Box 2481 (ZIP 33601-2481)
    Tampa, Florida 33602-5309
    (813) 227-8122
    (813) 227-8222 (facsimile)
    eadams@shutts-law.com

    Francis A. Zacherl
    SHUTTS & BOWEN, LLP
    1500 Miami Center, 201 S. Biscayne Blvd.
    Miami, Florida 33131
    (305) 358-6300
    (305) 381-9982
    fzacherl@shutts.com

    Gregory P. Dresser
    MORRISION & FOERSTER, LLP
    425 Market Street
    San Francisco, CA 94105
    (415) 268-7000
    (415) 268-7522  FAX
    gdresser@mofo.com
    kkreuzkamp@mofo.com

                                                                                         ___/s/ Marcus Neil Bozeman_____