## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**KENNETH SPINELLI,**
**Linda R. McCoy, Anthony Mitchell,**
**Elizabeth Silicato, Patricia Tinder,**
**Laverne Scruggs, Rose Carr,**
**Robin Deaver, Michael Blackie,**
**Trina Blackman, Alice Lewandowski**
**Harold Smith, Trudy Smith,**
**David Watlington, and Jeff Salazar**
**Individually and for all other persons similarly situated,**

    **Plaintiffs,**

v.                      Case No.  8:08-CV-132-T-33EAJ

**CAPITAL ONE BANK (USA), N.A. and**
**CAPITAL ONE SERVICES, LLC.,**

    **Defendants.**

_____/

### PLAINTIFFS' NOTICE OF FILING DECLARATION OF CURTIS L. BOWMAN

  Plaintiffs, by and through their undersigned counsel, hereby file the Declaration of Curtis L. Bowman.  The Declaration is attached as Exhibit A to this Notice.

Dated: November 29, 2010  Respectfully Submitted,

　　　　　　/s/ Marcus Neil Bozeman　　　　　　
Marcus Neil Bozeman
Curtis L. Bowman
**CARNEY WILLIAMS BATES BOZEMAN**
　**& PULLIAM, PLLC**
11311 Arcade Drive, Suite 200
Little Rock, AR 72212
(501) 312-8500
(501) 312-8505 (facsimile)

Steven A. Owings
**OWINGS LAW FIRM**
1320 "D" Brookwood
Little Rock, AR 72202
(501) 661-9999

T. Brent Walker
**Carter Walker, PLLC**
2171 West Main
Suite 200
Cabot, AR 72023
(501) 605-1346

Kevin McLaughlin
**WAGNER, VAUGHAN, McLAUGHLIN &**
　**BRENNAN, P.A.**
601 Bayshore Boulevard
Suite 910
Tampa, FL 33606
(813) 225-4000

**Attorneys for the Plaintiffs**

**CERTIFICATE OF SERVICE**

       I, the undersigned, do hereby certify that I have filed the above pleading via CM/ECF with the Clerk for the United States District Court for the Middle District of Florida this 29th day of November, 2010. Notice of filing will be sent to the parties via electronic mail in the form of an electronic Notice of Filing issued by the Clerk of this Court:

Eric S. Adams
SHUTTS & BOWEN, LLP
100 S. Ashley Drive, Suite 1740
P.O. Box 2481 (ZIP 33601-2481)
Tampa, Florida 33602-5309
(813) 227-8122
(813) 227-8222 (facsimile)
eadams@shutts-law.com

Francis A. Zacherl
SHUTTS & BOWEN, LLP
1500 Miami Center, 201 S. Biscayne Blvd.
Miami, Florida 33131
(305) 358-6300
(305) 381-9982
fzacherl@shutts.com

Gregory P. Dresser
Karen Kreuzcamp
MORRISION & FOERSTER, LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
(415) 268-7522  FAX
gdresser@mofo.com
kkreuzkamp@mofo.com

                                                 /s/ Marcus Neil Bozeman