```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
```

KENNETH SPINELLI, et al.,

        Plaintiffs,
v.                              Case No. 8:08-cv-132-T-33EAJ

CAPITAL ONE BANK and CAPITAL
ONE SERVICES, INC.,

        Defendants.
_____/

**ORDER**

This cause comes before the Court pursuant to Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Approval of Service Payments to the Class Representatives (Doc. # 153) and supporting memoranda. The Court conducted a Rule 23, Federal Rule of Civil Procedure, final fairness hearing on November 19, 2010, and for the reasons stated herein and at the hearing, the Court **GRANTS** the motion, subject to final approval.

**Analysis**

This Court entered an order pursuant to the final fairness hearing on November 23, 2010, in which it approved the class action settlement. (Doc. # 231). Therein, the Court indicated that it would resolve the motion for attorneys' fees and costs via separate order, after further

briefing from class counsel.[1] On November 29, 2010, class counsel filed their attorneys' fees submissions. (Doc. # 233, 234). After due consideration, the Court makes the following lodestar determinations as to attorneys' fees and costs:

(1) The Court approves the total number of hours worked by Plaintiffs' counsel.

(2) The Court does not approve the hourly rates requested by Plaintiffs' counsel. The Court will utilize the U.S. Attorneys' Office Laffey Matrix, for years 2010-2011, to determine the appropriate hourly rates for Plaintiffs' counsel, based on the years of experience for each attorney. The Court will not use the adjusted Laffey Matrix.

(3) The Court awards Plaintiffs' counsel a multiplier of 1.95.

(4) The Court awards costs in the amount of $267,111.71.

Utilizing these findings, Plaintiffs' counsel shall file a proposed order granting attorneys fees and costs within ten days of the date of this order. The proposed order shall reflect the total amount of the fee award as well as a

---

[1] The Court's November 23, 2010, order approved the requested service payments to the class representatives. (Doc. # 231 at 13-14).

breakdown for each law firm and each attorney seeking fees in this matter. After the Court has had the opportunity to review a final calculation of the attorneys' fees submission described above, the Court will issue a final order granting attorneys' fees and costs consistent with the aforementioned determinations.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Approval of Service Payments to the Class Representatives (Doc. # 153) is **PRELIMINARILY GRANTED**, as specified above.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>14th</u> day of December 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record