Barbara L. Frank
PO Box 302
Nesconset NY 11767

against    Capital One Credit Cards

Date 12/28/10

Attn: Honorable Virginia M. Hernandez Covington,

RECEIVED 2011 JAN -6 AM 11:05 MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA

I apologize for this claim being late as I have been unemployed and attending classes to re enter the work field in a different career and over looked this envelope.

I feel I have been paid for the payment protection Plan on four credit cards from Capital One for several years only to find out the plan was invalid and fraudulantly represented before I canceled all the plans. I feel I should minimumly me reembursed the full amount I've paid into the payment protection plan from all four cards out of fairness.

Please consider my plea and protect my rights. I am presently in good standing with three cards and charged off but making monthly payments to pay off balance of fourth card. If I am keeping up my end then they should be responsible for paying me back for taking money wrongfully from me. These are my conditions for settlement, and quiet modest request for the torment and interest this company has charged me.   Thank You

Barbara Frank.

PS If you need me to give you a total, let me know

Barbara L. Frank
PO Box 302
Nesconset NY 11767

Date 12/28/10

Attn: Honorable Virginia M. Hernandez Covington,

I apologize for this claim being late as I have been unemployed and attending classes to re enter the work field in a different career and over looked this envelope.

I feel I have been paid for the payment protection plan on four credit cards from Capital One for several years only to find out the plan was invalid and fraudulently represented before I cancelled all the plans. I feel I should minimumly me reembursed the full amount I've paid into the payment protection plan from all four cards out of fairness.

Please consider my plea and protect my rights. I am presently in good standing with three cards and charged off but making monthly payments to pay off balance of fourth card. If I am keeping up my end then they should be responsible for paying me back for taking money wrongfully from me. These are my conditions for settlement and quiet modest request for the torment and interest this company has charged me.

Thank you
Barbara Frank