UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| KENNETH SPINELLI, et al | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 8:08-CV-132-T-33EAJ |
| | ) |
| CAPITAL ONE BANK (USA) N.A. and | ) |
| CAPITAL ONE SERVICES, LLC., | ) |
| | ) |
| Defendants, | ) |
| | ) |

NOTICE IS HEREBY GIVEN that BRADLEY ESTEP and JUDY MATT, Objectors in the above-styled cause, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order (Docket Entry No. 239), entered on December 22, 2010, granting Class Counsel's motion for attorneys fees and expenses. A copy of said order is attached hereto as an Exhibit.

Respectfully Submitted,

/s/ Daniel R. Aaronson

Daniel R. Aaronson
Benjamin & Aaronson, P.A.
1 Financial Plaza #1615
Ft. Lauderdale Fl 33301
(954) 779-1700
(954) 779-1771
danaaron@bellsouth.net

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Appeal was filed with the Court's electronic system, and was by such system served on all other counsel of record on the 7th day of January, 2011.

Marcus Neil Bozeman
Curtis L. Bowman
CARNEY WILLIAMS HATES
BOZEMAN & PULLIAM PLLC
11311 Arcade Dr., Ste. 200
Little Rock, AR 72212

Steven A. Owings
OWINGS LAW FIRM
1320 "D" Brookwood
Little Rock, AR 72202

T. Brent Walker
CARTER WALKER, PLLC
2171 West Main, Ste. 200
Cabot, AR 72023

Kevin McLaughlin
WAGNER VAUGHAN McLAUGHLIN
& BRENNAN, P.A.
601 Bayshore Blvd., Ste.910
Tampa, FL 33606

Eric S. Adams
Francis A. Zacherl
SHUTTS & BOWEN LLP
100 S. Ashley Dr., Ste. 1740
PO Box 2481 (ZIP 33602-5309)
Tampa FL 33602-5309

Gregory P. Dresser
Karen Kreuzcamp
MORRISON & FOERSTER LLP
425 Market St.
San Francisco, CA 94105

/s/ Daniel Aaronson

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KENNETH SPINELLI, et al.,

    Plaintiffs,

vs.                                          Case No. 8:08-CV-132-T-33EAJ

CAPITAL ONE BANK (USA), N.A. and
CAPITAL ONE SERVICES, LLC.,

    Defendants.
_____/

## ORDER

This cause comes before the Court pursuant to Plaintiffs' Motion for Award of Attorney's Fees, Reimbursement of Litigation Expenses, and Approval of Service Payments to the Class Representatives (Doc. # 153) and supporting memoranda. The Court conducted a Rule 23, Federal Rule of Civil Procedure, final fairness hearing on November 19, 2010, and for the reasons stated herein and at the hearing, the Court **GRANTS** the motion, awarding Plaintiffs' counsel $11,642,038 in attorneys fees and $267,111.71 in litigation expenses.

## Analysis

This Court entered an order pursuant to the final fairness hearing on November 23, 2010, in which it approved the class action settlement and approved the service payments to the Class Representatives. (Doc. # 231). At the final fairness hearing, the Court considered the factors sets forth in *Johnson v. Ga. Highway Express, Inc.*, 488 F.2d 714, 717 (5th Cir. 1974), ruled that an award of attorneys' fees to Plaintiffs' counsel was appropriate, but indicated it would resolve the motion for attorneys' fees and litigation expenses via separate order, after briefing and

supplementary documentation related to lodestar and appropriate hourly rates from Plaintiffs' counsel. On November 29, 2010, Plaintiffs' counsel filed supplemental attorneys' fees submissions. (Doc # 233, 234). After consideration of the supplemental materials, the Court entered an order awarding litigation expenses in the amount of $267,111.72, preliminarily approving an award of attorneys fees, and directing Plaintiffs' counsel to provide supplemental information reflecting the lodestar contribution of each lawyer and law firm, premised upon the hourly rates in the U.S. Attorneys' Office Laffey Matrix and a multiplier of 1.95. (Doc. # 235). Plaintiffs' counsel provided the requested supplemental information shortly thereafter. (Doc. #237).

After consideration of all materials submitted by Plaintiffs' counsel, the Court awards litigation expenses to Plaintiffs' counsel in the amount of $267,111.71 and awards attorneys' fees in the amount of $11,642,038.20. The award of attorneys fees is premised upon a consideration of all the *Johnson* factors, as set forth at the November 19, 2010 final fairness hearing, including a consideration of the time and labor required. In scrutinizing the time and labor, the Court has utilized the U.S. Attorneys' Office Laffey Matrix for the years 2010-11 to determine the appropriate hourly rate for each Plaintiffs' counsel, based upon years of experience, and awarded a lodestar multiplier of 1.95.

Based upon the various declarations and supplementary materials presented by Plaintiffs' counsel, the lodestar contribution to the total fee award of each law firm and attorney is as follows:

1. Carney Williams Bates Bozeman and Pulliam PLLC: total lodestar contribution of $5,202,518, including $2,627,771 by Curtis Bowman, $191,646 by Allen

Carney, $89,271 by Hank Bates, $535,217 by Marcus Bozeman, $90,295 by Randall Pulliam, $340,343 by James Kauffman, $796,246 by Brent Walker, $2,915 by Travis Starr, $234,000 by Gene Brandao, and $294,814 by paralegals and law clerks.

2. Owings Law Firm: total lodestar contribution of $3,489,513, including $3,122,852 by Steven A. Owings, $303,115 by Tammy B. Gattis, and $63,546 by paralegals and law clerks.

3. Carter Walker, PLLC: total lodestar contribution of $1,706,594, including $1,545,590 by Brent Walker, $23,193 by Davy Carter, and $137,811 by paralegals and law clerks.

4. Wagner, Vaughan & McLaughlin, P.A.: total lodestar contribution of $208,333, including $196,560 by Kevin McLaughlin, $11,115 by Alan Wagner, and $658 by paralegals and law clerks.

5. Golomb & Honik, P.C.: total lodestar contribution of $246,221, including $59,030 by Richard Golomb, $96,608 by Ruben Honik, $83,047 by Ken Grunfeld, and $7,537 by paralegals and law clerks.

6. Harrison, White, Smith & Coggins, P.C.: total lodestar contribution of $83,329, including $28,297 by John B. White, Jr., $21,767 by Donald C. Coggins, Jr., $9,653 by Griffin C. Lynch, $8,073 by Samuel R. Bass, II, $15,540 by paralegals and law clerks.

7. Shepherd, Finkelman, Miller & Shah, LLP: total lodestar contribution of $101,166, including $16,858 b Natalie Bennett, $78,361 by Patrick Klingman,

$4,423 by James E. Miller, $328 by James C. Shah, and $1,198 by paralegals and law clerks.

8. Taus, Cebulash & Landau, LLP: total lodestar contribution of $342,652, including $140,663 by Brett Cebulash, $183,186 by Kevin Landau, $3,242 by Barry Taus, and $15,561 by Archana Tamoshunas.

9. Jackson & McGee, LLP: total lodestar contribution of $23,903, including $15,005 by Gary Jackson, and $8,898 by paralegals and law clerks.

10. Lozeau & Drury, LLP: total lodestar contribution of $18,978, including $12,134 by Michael R. Lozeau, $5,002 by Richard Drury, $1,843 by paralegals and law clerks.

11. Craft Hughes Law, P.C.: total lodestar contribution of $13,943, including $13,943 by William Hughes.

12. Bailey, Perrin & Bailey: total lodestar of $70,902, including $28,314 by Fletcher Trammell, $37,091 by Justin Jenson, and $5,497 Andrew Kirkendall.

13. Wood Law Firm, LLC: total lodestar contribution of $12,461, including $11,171 by Noah K. Wood, and $1,290 by paralegals and law clerks.

14. Murray, Frank & Sailer, LLP: total lodestar contribution of $121,526, including $43,441 by Brian P. Murray, $9,009 by Randall Steinmeyer, $36,609 by Gregory B. Linkh, $31,961 by Olga E. Fort, $322 by Eva Hromadkova, and $184 by paralegals and law clerks.

Accordingly, it is

**ORDERED, ADJUDGED and DECREED:**

Plaintiffs' Motion for Award of Attorney's Fees, Reimbursement of Litigation Expenses and, Approval of Service Payments to the Class Representatives (Doc # 153) is **GRANTED** as specified above.

**DONE** and **ORDERED** in chambers, in Tampa, Florida this 22nd day of December, 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record

| Firm | Attorney | Years Experience | Total Hours | U.S.A. Laffey Matrix Rate | Amount | Firm Totals | Multiplier 1.95 | Firm Totals @ 1.95 |
|---|---|---|---|---|---|---|---|---|
| Caney Williams Bates Bozeman & Pulliam, PLLC | Curtis Bowman | 24 | 2,837.00 | $475 | $1,347,575 | | | $2,627,771 |
| | Allen Carney | 16 | 234.00 | $420 | $98,280 | | | $191,646 |
| | Hank Bates | 18 | 109.00 | $420 | $45,780 | | | $89,271 |
| | Marcus Bozeman | 15 | 653.50 | $420 | $274,470 | | | $535,217 |
| | Randall Pulliam | 12 | 110.25 | $420 | $46,305 | | | $90,295 |
| | James Kauffman | 8 | 521.00 | $335 | $174,535 | | | $340,343 |
| | Brent Walker | 8 | 1,218.90 | $335 | $408,332 | | | $796,246 |
| | Travis Starr | 1 | 6.50 | $230 | $1,495 | | | $2,915 |
| | Gene Brandao | | 400.00 | $300 | $120,000 | | | $234,000 |
| | Paralegals & Law Clerks | 21 | 1,119.90 | $135 | $151,187 | $2,667,958 | | $294,814 | $5,202,518 |
| Owings Law Firm | Steven A. Owings | 21 | 3,371.50 | $475 | $1,601,463 | | | $3,122,852 |
| | Tammy B. Gattis | 21 | 327.25 | $475 | $155,444 | | | $303,115 |
| | Paralegals & Law Clerks | | 241.39 | $135 | $32,588 | $1,789,494 | | $63,546 | $3,489,513 |
| Carter Walker, PLLC | Brent Walker | 8 | 2,366.00 | $335 | $792,610 | | | $1,545,590 |
| | Davy Carter | 4 | 43.25 | $275 | $11,894 | | | $23,193 |
| | Paralegals & Law Clerks | | 523.50 | $135 | $70,673 | $875,176 | | $137,811 | $1,706,594 |
| Wagner, Vaughan & McLaughlin, P.A. | Kevin McLaughlin | 14 | 240.00 | $420 | $100,800 | | | $196,560 |
| | Alan Wagner | 27 | 12.00 | $475 | $5,700 | | | $11,115 |
| | Paralegals & Law Clerks | | 2.50 | $135 | $338 | $106,838 | | $658 | $208,333 |
| Golomb & Honik, P.C. | Richard Golomb | 25 | 63.73 | $475 | $30,272 | | | $59,030 |
| | Ruben Honik | 25 | 104.30 | $475 | $49,543 | | | $96,608 |
| | Ken Grunfeld | 11 | 101.40 | $420 | $42,588 | | | $83,047 |
| | Paralegals & Law Clerks | | 28.63 | $135 | $3,865 | $126,267 | | $7,537 | $246,221 |
| Harrison, White, Smith & Coggins, P.C. | John B. White, Jr. | 34 | 30.55 | $475 | $14,511 | | | $28,297 |
| | Donald C. Coggins, Jr. | 26 | 23.50 | $475 | $11,163 | | | $21,767 |
| | Griffin C. Lynch | 6 | 18.00 | $275 | $4,950 | | | $9,653 |
| | Samuel R. Bass, II | 1 | 18.00 | $230 | $4,140 | | | $8,073 |
| | Paralegals & Law Clerks | | 59.03 | $135 | $7,969 | $42,733 | | $15,540 | $83,329 |
| Shepherd, Finkelman, Miller & Shah, LLP | Natalie Bennett | 21 | 18.20 | $475 | $8,645 | | | $16,858 |
| | Patrick Klingman | 20 | 84.60 | $475 | $40,185 | | | $78,361 |
| | James E. Miller | 19 | 5.40 | $420 | $2,268 | | | $4,423 |
| | James C. Shah | 13 | 0.40 | $420 | $168 | | | $328 |
| | Paralegals & Law Clerks | | 4.55 | $135 | $614 | $51,880 | | $1,198 | $101,166 |
| Taus, Cebulash & Landau, LLP | Brett Cebulash | 17 | 171.75 | $420 | $72,135 | | | $140,663 |
| | Kevin Landau | 14 | 223.67 | $420 | $93,941 | | | $183,186 |
| | Barry Taus | 21 | 3.50 | $475 | $1,663 | | | $3,242 |
| | Archana Tamoshunas | 11 | 19.00 | $420 | $7,980 | | | $15,561 |
| | Paralegals & Law Clerks | | 0.00 | $135 | $0 | $175,719 | | $0 | $342,652 |
| Jackson & McGee, LLP | Gary Jackson | 31 | 16.20 | $475 | $7,695 | | | $15,005 |
| | Paralegals & Law Clerks | | 33.80 | $135 | $4,563 | $12,258 | | $8,898 | $23,803 |
| Lozeau & Drury, LLP | Michael R. Lozeau | 21 | 13.10 | $475 | $6,223 | | | $12,134 |
| | Richard Drury | 20 | 5.40 | $475 | $2,565 | | | $5,002 |
| | Paralegals & Law Clerks | | 7.00 | $135 | $945 | $9,733 | | $1,843 | $18,978 |

Case 8:08-cv-00132-VMC-EAJ   Document 239   Filed 12/22/10   Page 4 of 5

| Firm | Name | Hours | Rate | | | Lodestar |
|---|---|---|---|---|---|---|
| Craft Hughes Law, P.C. | William Hughes | 28.00 | $275 | $7,150 | $7,150 | $13,943 |
| | Paralegals & Law Clerks | 0.00 | $135 | $0 | | $0 |
| Bailey, Perrin & Bailey | Fletcher Trammell | 7 | $275 | | | $28,314 |
| | Justin Jenson | 1 | $230 | | | $37,091 |
| | Andrew Kirkendall | 5 | $275 | | | $5,497 |
| | Paralegals & Law Clerks | 10.25 | $135 | $2,819 | | $0 |
| Wood Law Firm, LLC | Noah K. Wood | 17.10 | $335 | $5,729 | $6,380 | $11,171 |
| | Paralegals & Law Clerks | 4.90 | $135 | $662 | | $1,290 |
| Murray, Frank & Sailer, LLP | Brian P. Murray | 20 | $475 | $22,278 | | $43,441 |
| | Randall Steinmeyer | 14 | $420 | $4,620 | | $9,009 |
| | Gregory B. Linkh | 11 | $420 | $18,774 | | $36,609 |
| | Olga E. Fort | 6 | $275 | $16,390 | | $31,981 |
| | Eva Hromadkova | 6 | $275 | $165 | | $322 |
| | Paralegals & Law Clerks | 0.70 | $135 | $95 | | $184 |
| | | | | $5,970,276 | $5,970,276 | $11,642,038 |
| Lodestar | | | | | $62,321 | $121,526 |
| | | | | | | $11,642,038 |